38021. BOLTON-MOORES MILL ASSOCIATES, LTD. v. AMCO STORES, INC. et al.

Judgment of the trial court is affirmed pursuant to Rule 59. *All the Justices concur.*

DECIDED NOVEMBER 5, 1981.

*Jones, Worozbyt & Nodvin, Marvin P. Nodvin, William A. Morrison,* for appellant.

*Donald A. Weissman, Frank J. Beltran, John W. Greenfield,* for appellees.